UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BARBARA GILLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 3:10-CV-251 |
| | ) JUDGE: Varlan/Guyton |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |

## REPORT OF PARTIES' DISCOVERY PLANNING MEETING
## and PARTIES' STIPULATED DISCOVERY PLAN

1.      Pursuant to Fed.R.Civ.P. 26(f), Planning Meeting discussions occurred through

written communications between:

David A. Burkhalter, II, Esq., for Plaintiff

Michael S. Moschel, Esq., for Defendant.

2.      Pre-Discovery Disclosures.  The parties will exchange the information required

by Fed.R.Civ.P. 26(a)(1) on or before October 15, 2010.

3.      Discovery Plan.  The parties jointly propose to the Court the following discovery

plan:

Discovery will be needed on the following subjects:  basis of the Complaint,

Plaintiff's damages, and the Defendant's answer thereto and defenses thereto.

Defendant will answer Plaintiff's First Interrogatories and Document Requests by

October 29, 2010.  The parties anticipate other Interrogatories and Document Requests may be

necessary.

The parties will schedule the discovery depositions and other discovery by agreement.

4.      The disclosure or discovery of electronically stored information is not anticipated to be an issue in this case. To the extent that disclosure or discovery of such information becomes an issue, the parties will meet to confer over the proper handling of the same and will supplement this Discovery Plan accordingly.

5.      The parties agree that claims of privilege or of protection as trial preparation material, including procedures to assert these claims after production, should be governed by Rule 26(b)(5).

6.      The parties agree that the limitations imposed on discovery by the Federal Rules of Civil Procedure, the Court's Scheduling Order and/or by Local Rule shall govern this case without change.

7.      Pretrial Conference and Settlement

The parties will request a Pretrial Conference if either side deems it necessary.

Settlement cannot be evaluated at this time, and may be enhanced by use of mediation.

8.      Trial of this case is estimated to last 4 to 5 days, and the parties believe this case can be ready for trial by September 2011.

RESPECTFULLY SUBMITTED this the 27th day of September, 2010.

2

**Burkhalter, Rayson & Associates, P.C.**

s/David A. Burkhalter
David A. Burkhalter, II, BPR #004771
Ronald A. Rayson, BPR #013393
Attorneys for Plaintiff
P.O. Box 2777
Knoxville, Tennessee 37901
(865) 524-4974

**Bass, Berry & Sims, PLC**

s/Michael S. Moschel
Michael S. Moschel, BPR #016826
Attorney for Defendant
The Pinnacle At Symphony Place
150 3rd Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742 6200

BDDB01 6333552v1

Case 3:10-cv-00251-TAV-HBG   Document 7   Filed 09/27/10   Page 3 of 3   PageID #: 64