UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BARBARA GILLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-CV-251 |
| v. ) | (VARLAN/GUYTON) |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is a Motion to Withdraw [Doc. 117], filed by Attorneys Phillip E. Fleenor and Adam U. Holland. Attorneys Fleenor and Holland move to withdraw as counsel citing a critical disagreement that has arisen between the Plaintiff and counsel about the representation.

Local Rule 83.4 requires that: counsel request permission to withdraw as counsel; include the current mailing address and telephone number of the client; provide a copy of the motion to the client fourteen days prior to filing; and certify that the requirements of the rule have been met. See E.D. L.R. 83.4(f). The Court finds that the Motion to Withdraw satisfies Local Rule 83.4 on its face, and because the Local Rule is satisfied, the Court finds that a hearing on this issue is not necessary.

Accordingly, the Motion to Withdraw **[Doc. 117]** is **GRANTED**. Attorneys Phillip E. Fleenor and Adam U. Holland **SHALL** turn any relevant documents over to the Plaintiff and advise the Plaintiff of all pertinent dates and deadlines in this case in writing. Thereafter, they are **RELIEVED** of their duties as counsel in this matter.

As of entry of this Memorandum and Order, Plaintiff Barbara Gilley is deemed to be proceeding *pro se*. If the Plaintiff intends to secure substitute counsel in this matter, she must do so immediately.

The Clerk of Court **SHALL** enter Plaintiff's current mailing address of 302 Olympia Drive, Maryville, TN 37804, and her telephone number of 865.258.2244, in the docket of this case. The Clerk of Court **SHALL** mail a copy of this Memorandum and Order to the Plaintiff at the above address, along with a copy of the Scheduling Order [Doc. 16], the Reset Notice entered March 14, 2013, the undersigned's Report and Recommendation [Doc. 106], the Order accepting the Report and Recommendation [Doc. 107], and the undersigned's most recent discovery Order [Doc. 113].

Nothing in this Memorandum and Order modifies, extends, or changes the dates and deadlines previously set by the Court. All deadlines remain the same. As previously ordered, the pretrial conference in this case will take place on **July 12, 2013, at 1:30 p.m.**, and this case will proceed to trial at **9:00 a.m. on July 22, 2013**.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge